UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM GUZMAN-RODRIGUEZ,<br>Plaintiff,<br>-against-<br>JOHN DOE(S), CORRECTIONAL OFFICERS,<br>Defendants. | 26-CV-5316 (KMK)<br>VALENTIN ORDER |

KENNETH M. KARAS, United States District Judge:

Plaintiff, who currently is incarcerated at Mid-State Correctional Facility, brings this Action, pro se, under 42 U.S.C. § 1983, alleging that Defendants failed to protect him from being assaulted by other incarcerated individuals when he was incarcerated at Fishkill Correctional Facility.[1] By Order dated August 14, 2026, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees.[2]

**DISCUSSION**

Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Amended Complaint, Plaintiff supplies sufficient information to permit the New York State Department of Corrections and

[1] Plaintiff originally filed this Action in the United States District Court for the Northern District of New York. *See* Complaint, *Guzman-Rodriguez v. Doe(s)*, No. 26-CV-1087 (N.D.N.Y. May 20, 2026), Dkt. No. 1. By Order dated June 23, 2026, the Northern District transferred this Action to the Southern District. (*See* Decision and Order (Dkt. No 2).) By Order dated September 9, 2026, Judge George B. Daniels dismissed the Complaint sua sponte for failure to state a claim on which relief may be granted, with 30 days' leave to replead. (*See* Order of Dismissal with Leave to Replead (Dkt. No. 9).) Plaintiff's Amended Complaint was filed on October 7, 2026. (*See* Amended Complaint (Dkt. No. 10).) This Action was subsequently reassigned to this Court. The Amended Complaint is the operative pleading.

[2] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

Community Supervision ("DOCCS") to identify the John Doe Correction Officer at Fishkill Correctional Facility who Plaintiff alleges failed to protect him from being assaulted by other incarcerated individuals on March 10, 2026.[3] It is therefore ordered that the New York State Attorney General's Office, which is the attorney for and agent of DOCCS, must ascertain the identity and badge number of the John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served. The Attorney General's Office must provide this information to Plaintiff and the Court within 60 days of the date of this Order.

Within 30 days of receiving this information, Plaintiff must file a Second Amended Complaint naming the John Doe defendant. The Second Amended Complaint will replace, not supplement, the Amended Complaint. A second amended complaint form that Plaintiff should complete is attached to this Order. Once Plaintiff has filed a Second Amended Complaint, the Court will review it and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe defendant and deliver all documents necessary to effect service to the U.S. Marshals Service.

**CONCLUSION**

The Court respectfully directs the Clerk of Court to mail an information package to Plaintiff. The Clerk of Court is also directed to mail a copy of this Order and the Amended Complaint to Plaintiff and to the New York State Attorney General's Office, Managing Attorney's Office, 28 Liberty Street, 16th Floor, New York, NY 10005.

---

[3] Although Plaintiff names "John Doe(s), Correctional Officers" as Defendants, the Amended Complaint, as pleaded, describes only one identifiable correction officer as being involved in the events giving rise to his claims. The Court therefore limits its *Valentin* order to this John Doe correction officer.

SO ORDERED.

Dated: October 22, 2026
White Plains, New York

KENNETH M. KARAS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________________
______________________________________________
______________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**SECOND AMENDED COMPLAINT**
under the Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: ☐ Yes ☐ No
(check one)

**___ Civ. ________ (   )**

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name____________________________________________________________
ID#______________________________________________________________
Current Institution_________________________________________________
Address__________________________________________________________
_________________________________________________________________

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name _____________________________________________ Shield #_________
Where Currently Employed ___________________________________________
Address ___________________________________________________________
__________________________________________________________________

Defendant No. 2 Name _____________________________________________ Shield #_________
Where Currently Employed __________________________________________
Address ____________________________________________________________
____________________________________________________________________

Defendant No. 3 Name _____________________________________________ Shield #_________
Where Currently Employed __________________________________________
Address ____________________________________________________________
____________________________________________________________________

**Who did what?**

Defendant No. 4 Name _____________________________________________ Shield #_________
Where Currently Employed __________________________________________
Address ____________________________________________________________
____________________________________________________________________

Defendant No. 5 Name _____________________________________________ Shield #_________
Where Currently Employed __________________________________________
Address ____________________________________________________________
____________________________________________________________________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

___________________________________________________________________________
___________________________________________________________________________

B. Where in the institution did the events giving rise to your claim(s) occur?

___________________________________________________________________________

C. What date and approximate time did the events giving rise to your claim(s) occur?

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

D. Facts:_____________________________________________________________________

**What happened to you?**

_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)?

______________________________________________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

______________________________________________________________________________

1. Which claim(s) in this complaint did you grieve?

______________________________________________________________________________

______________________________________________________________________________

2. What was the result, if any?

______________________________________________________________________________

______________________________________________________________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ________________________________

_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________________________
Defendants ____________________________________________________________

2. Court (if federal court, name the district; if state court, name the county) ________________
______________________________________________________________________________

_______3. Docket or Index number ______________________________________________

_______4. Name of Judge assigned to your case_____________________________________________

5. Approximate date of filing lawsuit _________________________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition___________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ________________________________
_________________________________________________________________________
_________________________________________________________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________________________
Defendants ____________________________________________________________

2. Court (if federal court, name the district; if state court, name the county) ___________
______________________________________________________________________________

_______3. Docket or Index number ______________________________________________

_______4. Name of Judge assigned to your case_____________________________________________

5. Approximate date of filing lawsuit _________________________________________

6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition__________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________
_________________________________________________________________________
_________________________________________________________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of ______________, 20___.

Signature of Plaintiff _____________________________________
Inmate Number _____________________________________
Institution Address _____________________________________
_____________________________________
_____________________________________
_____________________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____________________________________